

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Gregory Frank Estes,                     * From the 104th District Court
of Taylor County,
Trial Court No. 24103-B.

Vs. No. 11-24-00059-CR               * November 14, 2025

The State of Texas,                      * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we vacate the trial court's judgments of acquittal for Count Eight and Count Ten, and those counts are dismissed. We affirm the judgments of the trial court for the remaining counts.